UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 9, 2023

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | **GRAND JURY ORIGINAL** |
| **BRIAN ALLISON,** and | : | **VIOLATIONS:** |
| **ANGEL HALL,** | : | 18 U.S.C. § § 1201(a)(1), and 2 |
| | : | (Kidnapping and Aiding and Abetting) |
| | : | 18 U.S.C. §§ 2119, and 2 |
| Defendants. | : | (Carjacking and Aiding and Abetting) |
| | : | 18 U.S.C. § § 2312, and 2 |
| | : | (Transportation of a Stolen Vehicle and Aiding and Abetting) |
| | : | **FORFEITURE:** 18 U.S.C. § 924(d), |
| | : | 21 U.S.C. §§ 853(a) and (p), |
| | : | and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about February 1, 2024, within the District of Columbia, and the State of Maryland, **BRIAN ALLISON,** and **ANGEL HALL**, did unlawfully and willfully seize, confine, kidnap, abduct, inveigle, carry away and hold A. A., and, in committing or in furtherance of the commission of the offense, did willfully transport A.A. from Washington, D.C., to the State of Maryland.

(**Kidnapping and Aiding and Abetting**, in violation of Title 18, United States Code, Section 1201(a)(1), and 2)

## COUNT TWO

On or about February 1, 2024, within the District of Columbia and elsewhere, **BRIAN ALLISON,** and **ANGEL HALL,** took a motor vehicle, to wit: a 2021 Chevrolet Malibu, that had been transported, shipped, and received in interstate and foreign commerce, from and in the presence of A.A., by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

**(Carjacking and Aiding and Abetting**, in violation of Title 18, United States Code, Section 2119, and 2)

## COUNT THREE

On or about February 1, 2024, within the District of Columbia and elsewhere, **BRIAN ALLISON,** and **ANGEL HALL**, did unlawfully transport in interstate commerce, a motor vehicle, to wit: a 2021 Chevrolet Malibu, knowing the same to have been stolen.

**(Interstate Transportation of a Stolen Vehicle and Aiding and Abetting**, in violation of Title 18, United States Code, Section 2312, and 2)

## FORFEITURE ALLEGATION

1. Upon conviction of a violation of 18 U.S.C. §§ 2119 or 2312 as charged in this Indictment, the defendants shall forfeit to the United States any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of these violations, pursuant to Title 18, United States Code, Section 982(a)(5) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of these violations. constitutes or is derived from proceeds traceable to these offenses.

2. Upon conviction of a violation of 18 U.S.C. § 2119 as charged in this Indictment,

2

the defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(5), 3665, and 924(d)); and Title 28, United States Code, Section 2461(c))

A TRUE BILL:


FOREPERSON.

*[signature]*

Attorney of the United States in
and for the District of Columbia.